IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. KING, | 1:09-cv-01215-AWI-GSA-PC |
|     Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 5.) |
|    vs. | |
| BEREGOVSKAYA, et al., | ORDER DENYING PLAINTIFF'S MOTION TO REMAND (Doc. 3.) |
|     Defendants. | |

Anthony L. King ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 10, 2010, Findings and Recommendations were entered, recommending that plaintiff's motion to remand, filed on July 21, 2009, be denied. (Doc. 5.) On March 4, 2010, plaintiff filed objections to the findings and recommendations. (Doc. 6.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and proper analysis. In the objections, plaintiff contends that he wishes to have any reference to 42 U.S.C. § 1983 and the Eighth Amendment removed from his complaint and have this action remanded back to state court,

1

containing only the state tort claims. However, in the objections plaintiff also contends the state court has jurisdiction over his Section 1983 Federal Constitutional claims. Given the objection's inconsistency, the court will not strike the references to the Federal Constitution from the complaint at this time. However, Plaintiff is given leave to file an amended complaint that removes any references to the Federal Constitution along with a request for remand.

        Accordingly, THE COURT HEREBY ORDERS that:

    1.    The Findings and Recommendations issued by the Magistrate Judge on February 10, 2010, are adopted in full; and

    2.    Plaintiff's motion to remand, filed on July 21, 2009, is DENIED.

IT IS SO ORDERED.

**Dated:   March 19, 2010**                /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE