# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. KING,<br><br>             Plaintiff,<br><br>      v.<br><br>OLGA BEREGOVSKAYA, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:09-cv-01215-AWI-GBC PC<br><br>ORDER RE REQUEST FOR COURT TO SCREEN PLAINTIFF'S COMPLAINT AND GRANT THIRTY DAYS FOR DEFENDANT TO FILE A RESPONSIVE PLEADING<br><br>(Doc.10) |

   Plaintiff Anthony L. King ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants removed this action, which was filed in Kings County Superior Court, on July 10, 2009. (Doc. 1.) Plaintiff's request for remand was denied March 22, 2010. (Doc. 8.) On October 13, 2010, Defendants filed a request seeking to have the complaint screened and be allowed thirty-days to respond to the complaint, to commence upon issuance of the screening order. (Doc. 10.)

   The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). This action is currently set for screening, but due to the backlog of prisoner cases will not be screened immediately. The Court will grant Defendant's request that they be relieved from the obligation to file a responsive pleading until 30 days after the complaint is screened.

///
///
///

1 | Defendants' request is HEREBY GRANTED IN PART, and Defendants shall have **thirty
2 | (30) days** to file a response to the complaint, to commence upon issuance of the screening order.

4 | IT IS SO ORDERED.

Dated:     October 14, 2010

_____
UNITED STATES MAGISTRATE JUDGE